JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO'S MEXICAN FOOD, a business of unknown form; SUTHONG LIM AND CHIENG EUNG THIEM as trustees under THE LIM FAMILY TRUST, AMENDED AND RESTATED ON JULY 05, 2008; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 8:18-cv-02304-JLS-DFM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

| 1  | After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Suthong Lim And Chieng Eung Thiem ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 5/6/19

JOSEPHINE L. STATON
―――――――――――――――――
UNITED STATES DISTRICT COURT JUDGE